Margaret M. Vierbuchen
Wyoming State Bar No. 8-6767
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
margaret.vierbuchen3@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 APR -8  PM 1:38

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

CASSANDRA L. CORBIN, a/k/a
Cassandra L. Ostby,

Defendant.

FILED UNDER SEAL

Criminal No. _25mj37-R_

---

## MOTION TO SEAL COMPLAINT

---

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States moves for an

order sealing the Complaint until such time as the Defendant is in custody or has been released

pending trial.

DATED this 8th day of April, 2025.

STEPHANIE SPRECHER
Acting United States Attorney

By: _Margaret Vierbuchen_

MARGARET M. VIERBUCHEN
Assistant United States Attorney