Margaret M. Vierbuchen
Wyoming State Bar No. 8-6767
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
margaret.vierbuchen3@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 APR -8  PM 1:38

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>CASSANDRA L. CORBIN, a/k/a<br>Cassandra L. Ostby,<br><br>               Defendant. | Case No. 25mj 37-R |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.     Eligibility of Case. This case is eligible for a detention order because the case involves the following:

        **Serious risk Defendant will flee**

2.     Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

        **Defendant's appearance as required: Earlier this year, the defendant was charged with a drug felony (distribution/manufacturing) by the state of**

Colorado. She was released on a nominal bond but failed to appear on the next scheduled court date (March 10, 2025). The Colorado court issued a warrant for her arrest. As of the date of this motion, she remains a fugitive from Colorado. Further, the defendant has no known fixed address.

3. **Rebuttable Presumption.** The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 8th day of April, 2025.

STEPHANIE SPRECHER
Acting United States Attorney

By: *Margaret Vierbuchen*
MARGARET M. VIERBUCHEN
Assistant United States Attorney
