AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CASSANDRA CORBIN | ) | Case No.   25-MJ-00095-SBP |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.   2:25-mj-00037-KHR-1 |

**FILED**

*12:42 pm, 5/9/25*

**Margaret Botkins
Clerk of Court**

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Wyoming _____ ,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language: _____ .

The defendant:  ☐ will retain an attorney.
   ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  May 9, 2025                    _____
                                              *Judge's signature*

                                       Susan Prose, United States Magistrate Judge
                                       *Printed name and title*

| Query | Reports | Utilities | Help | What's New | Log Out |

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:25-mj-00095-SBP-1

Case title: USA v. Corbin

Date Filed: 05/08/2025

Other court case number: 25-mj-37 District of Wyoming

Assigned to: Magistrate Judge Susan Prose

**Defendant (1)**

**Cassandra L. Corbin**
*also known as*
Cassandra L. Ostby

represented by **Mary Virginia Butterton**
Federal Public Defender's Office
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-7002
Email: mary_butterton@fd.org
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18 U.S.C. § 641 Theft of Government Money

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Rebecca Susan Weber**<br>U.S. Attorney's Office<br>District of Colorado<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303-454-0332<br>Email: Rebecca.Weber@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2025 | 1 | RULE 5 AFFIDAVIT from the District of Wyoming as to Cassandra L. Corbin (1). (Attachment(s): # 1 Continuation of Main Document) (cmadr, ). Modified to correct PDF on 5/8/2025 (cmadr, ). (Entered: 05/08/2025) |
| 05/08/2025 | 2 | Arrest of Cassandra L. Corbin. Initial Appearance - Rule 5 set for 5/8/2025 02:00 PM in Courtroom A 502 before Magistrate Judge Susan Prose. Text only entry.(cmadr, ) (Entered: 05/08/2025) |
| 05/08/2025 | 3 | COURTROOM MINUTES for Initial Appearance in Rule 5(c)(3) Proceedings as to Cassandra L. Corbin held on 5/8/2025 before Magistrate Judge Susan Prose. Defendant present in custody. Defendant advised. Court appoints counsel. Government requests detention. Argument by the parties regarding risk of flight. The court finds the government has met its burden regarding risk of flight and a detention hearing is warranted. Identity and Detention Hearings set for 5/9/2025 at 10:00 AM in Courtroom A 502 before Magistrate Judge Susan Prose. Defendant remanded. Hearing concluded. FTR: A502. (Total time: 28 minutes, Hearing time: 2:24 -3:02) Text Only Entry.<br><br>**APPEARANCES:** Sonia Dave on behalf of the Government, Mary Butterton on behalf of the defendant, Tanairi Fontes on behalf of pretrial.(sjeff) (Entered: 05/08/2025) |
| 05/08/2025 | 4 | CJA 23 Financial Affidavit by Cassandra L. Corbin. (sjeff) (Entered: 05/08/2025) |
| 05/08/2025 | 5 | ORDER APPOINTING COUNSEL as to Cassandra L. Corbin by Magistrate Judge Susan Prose on 05/08/2025. Text Only Entry (sjeff) (Entered: 05/08/2025) |
| 05/08/2025 | 6 | NOTICE OF ATTORNEY APPEARANCE: Mary Virginia Butterton appearing for Cassandra L. CorbinAttorney Mary Virginia Butterton added to party Cassandra L. Corbin(pty:dft) (Butterton, Mary) (Entered: 05/08/2025) |
| 05/09/2025 | 7 | COURTROOM MINUTES for Identity and Detention Hearings as to Cassandra L. Corbin held on 5/9/2025 before Magistrate Judge Susan Prose. Defendant present in custody. Waiver of Preliminary and Identity Hearings executed. Government requests detention. Defendant ordered detained. Defendant remanded. Hearing concluded. FTR: A502. (Total time: 36 minutes, Hearing time: 10:13 - 10:49) Text Only Entry.<br><br>**APPEARANCES:** Sonia Dave on behalf of the Government, Mary Butterton on behalf of the defendant, Daisy Rodriguez on behalf of pretrial.(sjeff) (Entered: 05/09/2025) |

| | | |
|---|---|---|
| 05/09/2025 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Cassandra L. Corbin (sjeff) (Entered: 05/09/2025) |
| 05/09/2025 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Cassandra L. Corbin. Defendant committed to District of Wyoming. by Magistrate Judge Susan Prose on 05/09/2025. (sjeff) (Entered: 05/09/2025) |
| 05/09/2025 | 10 | Notice to District of Wyoming of Rule 5 or 32 or 40 Initial Appearance: Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. as to Cassandra L. Corbin Your case number is:2:25-mj-00037-KHR-1. (Text Only Entry) (sjeff, ) (Entered: 05/09/2025) |

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
**District of Colorado**

United States of America )
v. )
) Case No.
**Cassandra Goughin** )
) Charging District's Case No.
*Defendant* )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* **District of Wyoming**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: **5/9/2025**

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**MARY BUTTERTON**
*Printed name of defendant's attorney*