IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASSANDRA L. CORBIN, a/k/a<br>Cassandra L. Ostby,<br><br>Defendant. | No. 25-CR-96-R<br><br>18 U.S.C. § 641<br>(Theft of Government Money) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

From on or about November 4, 2020, through and including on or about May 9, 2023, in the District of Wyoming and elsewhere, the Defendant, CASSANDRA L. CORBIN, a/k/a Cassandra L. Ostby, did willfully and knowingly steal, embezzle, and convert to her own use, on a recurring basis, money of a value in excess of $1,000 belonging to the United States, to wit: Survivor Insurance Benefits administered by the Social Security Administration totaling approximately $86,170.00, to which she was not lawfully entitled.

In violation of 18 U.S.C. § 641.

A TRUE BILL:

*Ink Signature on File with Clerk's Office*
FOREPERSON

_____
STEPHANIE I. SPRECHER
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | CASSANDRA L. CORBIN, a/k/a Cassandra L. Ostby |
| **DATE:** | May 20, 2025 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | 18 U.S.C. § 641<br>(Theft of Government Money)<br><br>0-10 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Mark Saari, SSA-OIG |
| **AUSA:** | Margaret M. Vierbuchen, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | There may be a detainer from the State of Colorado |

1