Margaret M. Vierbuchen
Wyoming State Bar No. 8-6767
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
margaret.vierbuchen3@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CASSANDRA L. CORBIN, a/k/a<br>Cassandra L. Ostby,<br><br>        Defendant. | Case No. 25-CR96-R |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because the case involves the following:

    **Serious risk Defendant will flee**

2. **Reason for Detention.** The court should detain the Defendant because there are no conditions of release which will reasonably assure:

    **Defendant's appearance as required**

3.    Rebuttable Presumption.  The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4.    Time for Detention Hearing.  The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this _____ day of May, 2025.

                                        STEPHANIE SPRECHER
                                        Acting United States Attorney

By: _____
                                        MARGARET M. VIERBUCHEN
                                        Assistant United States Attorney