# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**10:38 am, 5/22/25**

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 2:25-CR-96-KHR |
| CASSANDRA L CORBIN | |
| Defendant, | |

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

**Location:** Cheyenne Courtroom #3

2120 Capitol Avenue    Date: May 28, 2025

Cheyenne, WY 82001    Time: 10:15am

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 22, 2025

Scott P. Klosterman
Chief United States Magistrate Judge

WY 58                                                                                                   Rev. 09/18/2024