DAVID WEISS, Wyoming Bar No. 7-5021
Asst. Federal Public Defender
5353 Yellowstone Road Ste. 207
Cheyenne WY 82009
Phone: 307-772-2781
Facsimile: 307-772-2788
david.weiss@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-CR-96-KHR |
| CASSANDRA L. CORBIN, | |
| Defendant. | |

---

## DEFENDANT'S MOTION TO RESET SENTENCING

---

Defendant Cassandra L. Corbin, through her attorney, David Weiss, Assistant Federal Public Defender, moves the Court for an order re-setting defendant's sentencing hearing currently scheduled for September 26, 2025 to September 25, 2025 at 10:00 a.m. if the Court's schedule allows.

Counsel for Ms. Corbin is currently scheduled to appear before this Court the morning of September 25th at 9:00 a.m. in U.S. v. Randolph Duran (23-CR-47-KHR). If the Court's docket allows, counsel asks that Ms. Corbin's sentencing hearing be reset to September 25th at 10:00 a.m.

Rule 32(b)(1) of the Federal Rules of Criminal Procedure instructs courts to

"impose sentence without unnecessary delay." However, for good cause, a court may continue a sentencing hearing. *See* Fed. R. Crim.P. 45(b)(1) ("When an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion....").

Accordingly, Ms. Corbin requests that the sentencing hearing now set for September 26, 2025 at 9:00 a.m. be reset to September 25, 2025 at 10:00 a.m.

DATED this 12th day of September 2025.

Respectfully submitted,

TRACY R. HUCKE
Interim Federal Public Defender

*/s/ David Weiss*
DAVID WEISS
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on September 12, 2025 to counsel of record via the ECF system.

*/s/ David Weiss*
DAVID WEISS

2